No. 85–1133.  ABBOT ET AL. *v.* HAGNER MANAGEMENT CORP. Ct. App. D. C.  Certiorari denied.

No. 85–1138.  KENT *v.* SANBORN COOPERATIVE GRAIN CO. C. A. 7th Cir.  Certiorari denied.

No. 85–1148.  MORRIS *v.* BOARD OF PROFESSIONAL RESPONSIBILITY FOR THE DISTRICT OF COLUMBIA.  Ct. App. D. C. Certiorari denied.

No. 85–1151.  LAROUCHE ET AL. *v.* CROWELL, SECRETARY OF STATE OF TENNESSEE.  Ct. App. Tenn.  Certiorari denied.

No. 85–1152.  BANDAI AMERICA INC. ET AL. *v.* BALLY MIDWAY MFG. CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–1153.  KEARNEY & TRECKER CORP. *v.* PHUC HUU NGUYEN ET UX.  Ct. App. Wis.  Certiorari denied.

No. 85–1154.  ELLSWORTH ET AL. *v.* CITY OF RACINE, WISCONSIN.  C. A. 7th Cir.  Certiorari denied.

No. 85–1159.  EXXON SHIPPING CO. *v.* COOK, PERSONAL REPRESENTATIVE OF THE ESTATE OF COOK.  C. A. 9th Cir.  Certiorari denied.

No. 85–1164.  TEXAS ENERGY INVESTMENT CORP. ET AL. *v.* NIMROD MARKETING (OVERSEAS) LTD. ET AL.  C. A. 5th Cir. Certiorari denied.

No. 85–1168.  CITY OF CLEVELAND ET AL. *v.* HAWLEY ET AL. C. A. 6th Cir.  Certiorari denied.

No. 85–1172.  MITCHELL *v.* PEPSI-COLA BOTTLERS, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 85–1174.  WYATT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.